# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Launeil Sanders,

    Plaintiff(s),                                         JUDGMENT IN A CIVIL CASE

vs.                                                     3:11-cv-407

Gaston County, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

                                             Signed: October 7, 2011

                                             *[signature: Frank G. Johns]*

                                             Frank G. Johns, Clerk
                                             United States District Court