# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Launeil Sanders,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-407

Gaston County, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

                                        Signed: October 7, 2011

                                        _____
                                        Frank G. Johns, Clerk
                                        United States District Court